# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Brian Asher, Marc Abrams, Edward Kaminski, Beverley Soodak, Susan Swartzell, and Edward Hellier, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Nos. 02 C 5608, 02 C 5742, 02 C 5807, 02 C 6085, 02 C 6175 and 02 C 6267 |
| v. | Consolidated Cases For All Purposes |
| Baxter International, Inc., Harry M. Jansen Kraemer, Jr., Brian P. Anderson ("B. Anderson"), Karen J. May, James R. Hurley, Gregory P. Young, Eric A. Beard, Norbert G. Riedel and James M. Gatling, | Hon. Blanche M. Manning<br><br>Appeal to the U.S. Court of Appeals For The Seventh Circuit |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Brian Asher, Marc Abrams, Edward Kaminski, Beverley Soodak, Susan Swartzell, and Edward Hellier, on behalf of themselves and all others similarly situated, plaintiffs in the above named case hereby appeal to United States Court of Appeals for the Seventh Circuit from the final judgment which is stamped as being docketed on August 13, 2003, and which the electronic Docket says was entered on August 14, 2003, a copy of which judgment is attached hereto as Exhibit A.

Dated: August 18, 2003

Dom J. Rizzi

Marvin A. Miller
Dom J. Rizzi
Jennifer W. Sprengel
Matthew E. Van Tine
*Miller Faucher and Cafferty LLP*
30 North LaSalle Street, Suite 3200
Chicago, Illinois 60602
(312) 782-4880

PAID
RECEIPT # 10320102

AUG 18 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Steven G. Schulman
Barry A. Weprin
Andrei V. Rado
Russel D. Morris
***Milberg Weiss Bershad Hynes & Lerach LLP***
One Pennsylvania Plaza
49th Floor
New York, New York 10119
(212) 594-5300

Howard K. Coates, Jr.
J. Allen Carney
Nicole Reid
Melissa Beard Glover
***Cauley Geller Bowman & Rudman, LLP***
2255 Glades Road, Suite 421A
Boca Raton, Florida 33431
(561) 750-3000

***Attorneys for Plaintiffs***

**Exhibit A**

AO 450(Rev. 5/85)Judgment in a Case

# United States District Court
## Northern District of Illinois
### Eastern Division



Brian Asher                                    **JUDGMENT IN A CIVIL CASE**

       v.                                    Case Number: 02 C 5608

Baxter International, Inc., et al.

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismiss [25-1] is granted.

Michael W. Dobbins, Clerk of Court

Date: 7/17/2003

Robbie Hunt, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| Brian Asher, Marc Abrams, Edward Kaminski, Beverley Soodak, Susan Swartzell, and Edward Hellier, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Baxter International, Inc., Harry M. Jansen Kraemer, Jr., Brian P. Anderson ("B. Anderson"), Karen J. May, James R. Hurley, Gregory P. Young, Eric A. Beard, Norbert G. Riedel and James M. Gatling, )<br><br>Defendants. ) | Nos. 02 C 5608, 02 C 5742, 02 C 5807, 02 C 6085, 02 C 6175 and 02 C 6267<br>Consolidated Cases For All Purposes<br><br>Hon. Blanche M. Manning<br><br>Appeal to the U.S. Court of Appeals For The Seventh Circuit |

## NOTICE OF FILING

To: Counsel on the Attached Service List

PLEASE TAKE NOTICE that on Monday, August 18, 2003, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, the *Notice of Appeal*, a copy of which is hereby served upon you.

Dated: August 18, 2003      By: _____
                                 Dom J. Rizzi

Marvin A. Miller
Dom J. Rizzi
Jennifer W. Sprengel
Matthew E. Van Tine
**Miller Faucher and Cafferty LLP**
30 North LaSalle Street, Suite 3200
Chicago, Illinois 60602
(312) 782-4880

Steven G. Schulman
Barry A. Weprin
Andrei V. Rado
Russel D. Morris
***Milberg Weiss Bershad Hynes & Lerach LLP***
One Pennsylvania Plaza
49th Floor
New York, New York 10119
(212) 594-5300

Howard K. Coates, Jr.
J. Allen Carney
Nicole Reid
Melissa Beard Glover
***Cauley Geller Bowman & Rudman, LLP***
2255 Glades Road, Suite 421A
Boca Raton, Florida 33431
(561) 750-3000

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I, Dom J. Rizzi, one of the attorneys for plaintiffs, hereby certify that I caused the *Notice of Appeal* to be served on all counsel on the attached service list by placing a copy of the same in the United States Mail at 30 North LaSalle Street, Chicago, Illinois, this 18th day of August, 2003.

*Dom J. Rizzi*
Dom J. Rizzi

## SERVICE LIST

Matthew R. Kipp
Mark R. Filip
Donna L. McDevitt
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

Jonathan M. Stein
Howard K. Coates, Jr.
Jack Reise
**CAULEY GELLER BOWMAN & COATES, LLP**
One Boca Place
2255 Glades Road, Suite 421A
Boca Raton, Florida 33431
(561) 750-3000

Marc A. Topaz
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706

Barry Weprin
Russell Morris
**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
One Pennsylvania Plaza - 49th Floor
New York, New York 10119
(212) 594-5300

Nadeem Faruqi
**FARUQI & FARUQI, LLP**
320 East 39th Street
New York, New York 10016
(212) 983-9330

Shpetim Ademi
Robert O'Reilly
Guri Ademi
**ADEMI & O'REILLY, LLP**
3620 E. Layton Avenue
Cudahy, Wisconsin 53110
(414) 482-8000

Andrew M. Schatz
Jeffrey S. Nobel
**SCHATZ & NOBEL, PC**
330 Main Street
Hartford Connecticut 06106
(860) 493-6292

Deborah R. Gross
Robert P. Frutkin
**LAW OFFICES BERNARD M. GROSS, P.C.**
1515 Locust Street
Philadelphia, Pennsylvania 19102
(215) 561-3600

David Jaroslawicz
**JAROSLAWICZ & JAROS**
150 William Street
New York, New York 10038
(212) 227-2780

Arnold Levin
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
(215) 592-1500

Steven J. Toll
Mark S. Willis
Joshua S. Devore
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

Matthew J. Ide
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
701 Fifth Avenue, Suite 6860
Seattle, Washington 98104
(206) 521-0080