# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 6, 2009

| No.: 09-1540 | TOMMY NEWMAN, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>BAXTER INTERNATIONAL, INCORPORATED, et al.,<br> Defendants - Appellees |
|---|---|

| No.: 09-1541 | CITY OF FAYETTEVILLE FIREMAN'S PENSION AND RELIEF FUND,<br>Plaintiff - Appellant<br><br>v.<br><br>BAXTER INTERNATIONAL, INCORPORATED, et al.,<br> Defendants - Appellees |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:02-cv-05608<br>Northern District of Illinois, Eastern Division<br>District Judge Blanche M. Manning<br>Magistrate Judge Arlander Keys |

The following are before the court:

   1) **APPELLANTS' MOTION TO VOLUNTARILY DISMISS APPEAL**, Appellant Tommy Newman, on April 3, 2009.

   2) **APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL**, April 3, 2009, by counsel for the appellant.

   **IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

*Harding*

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate** (form ID: **137**)